# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 25-1335

———————————————

Tomika Hindson

*Plaintiff - Appellant*

v.

Medical Debt Resolution, INC, also known as UNDUE; Trans Union, LLC

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Central

——————————

Submitted: July 28, 2025
Filed: July 31, 2025
[Unpublished]

——————————

Before ERICKSON, STRAS, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Tomika Hindson appeals following the district court's[1] dismissal of her pro se complaint for lack of standing. Upon careful review, we conclude that the district

———————————

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

court did not err in dismissing the case.  See In re Polaris Mktg., Sales Pracs., & Prods. Liab. Litig., 9 F.4th 793, 796 (8th Cir. 2021) (de novo review of dismissal for lack of standing).  We modify the dismissal to be without prejudice.  See Cnty. of Mille Lacs v. Benjamin, 361 F.3d 460, 464-65 (8th Cir. 2004) (dismissal on jurisdictional grounds must be without prejudice).  We affirm the judgment as modified.  See 8th Cir. R. 47B.

_____